DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:17-cv-212-RJC
(5:13-cr-80-RJC-DSC-2)

| | | |
|---|---|---|
| WINCY JOSEPH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion, (Doc. No. 7), seeking a 45-day enlargement of time following the Government's filing of a Response in which to file a Reply. Petitioner's request for a 45-day enlargement of time is denied, however, he will be granted 20 days in which to file a Reply.

**IT IS HEREBY ORDERED** that the Petitioner's Motion (Doc. No. 7), is **GRANTED** in part and **DENIED** in part as stated in this Order.

Signed: September 5, 2018

Robert J. Conrad, Jr.
United States District Judge