UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-212-KDB
(5-13-cr-80-KDB-DSC-2)

| | |
|---|---|
| WINCY JOSEPH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on its October 29, 2019 text Order granting Petitioner's Unopposed Motion to Continue Evidentiary Hearing on Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255. See (Doc. No. 12). The November 6, 2019 hearing date is cancelled. See (Doc. No. 10). The hearing will instead be held on Monday, January 6, 2020 at 9:30 AM in Statesville, 200 West Broad Street, Statesville, NC 28677.

**IT IS THEREFORE ORDERED** that:

1. The evidentiary hearing that was previously scheduled for November 6, 2019, is reset for Monday, January 6, 2020 at 9:30 AM in Statesville.

2. The Court's Order directing the U.S. Marshals Service to transport Petitioner on November 6, 2019, (Doc. No. 11), is **VACATED**.

3. The United States Marshal is **ORDERED** to have the Petitioner, **WINCY JOSEPH** (Reg. No. 29051-058), present at the U.S. District Court at 200 West Broad Street, **Statesville**, North Carolina forthwith but not later than **Monday, January 6, 2020 at 9:30 AM** for a hearing on his § 2255 Motion to Vacate.

4. The Clerk of Court is directed to certify copies of this Order to the Petitioner, counsel

1

for Petitioner, the United States Attorney, and the United States Marshals Service.

Signed: October 31, 2019

Kenneth D. Bell
United States District Judge