# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:17-cv-212-KDB
# (5-13-cr-80-KDB-DSC-2)

| | |
|---|---|
| WINCY JOSEPH, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon Petitioner Wincy Joseph's Motion for Discovery and to Compel Production (Doc. No. 14) ("Motion").

Petitioner requests "all material [the United States] has exchanged with Christopher Shella, the attorney appointed to represent the Petitioner at trial." (Doc. No. 14, at 1). The Court finds Petitioner's request too broad, as it seeks material beyond the scope of the issues in this case. As such, the Court **DENIES** Petitioner's Motion.

The Court does, however, **ORDER** the United States to turn over all materials regarding plea negotiations or materials otherwise relevant to the issues of a plea in Petitioner's prior prosecution. This includes, but is not limited to, all communications between the United States and Mr. Shella regarding potential pleas and plea negotiations, as well as all notes, reports, records, internal communications, or any other materials in the United States' possession relevant to these issues.

**SO ORDERED.**

Signed: December 13, 2019

Kenneth D. Bell
United States District Judge