# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| **Wincy Joseph,**<br><br>Petitioner(s),<br><br>vs.<br><br>**USA,**<br><br>Respondent(s). | JUDGMENT IN CASE<br><br>5:17-cv-00212-KDB<br>5:13-cr-00080-KDB-DSC |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 19, 2020 Order.

February 19, 2020

Frank G. Johns, Clerk
United States District Court